NATIONAL CITY BANK OF NEW ROCHELLE et al., Respondents, v. COUNTY OF WESTCHESTER et al., Defendants, and JOHN P. NESTLER, as Treasurer of the City of New Rochelle, et al., Appellants.

(Submitted May 20, 1935; decided June 4, 1935.)

*Aaron Simmons,* Corporation Counsel (*Paul M. Crandell* of counsel), for appellants.

*Howard C. Fischbach, Paul S. Fischbach* and *George M. Freedman* for respondents.

Order affirmed, with costs, and question answered as follows: The one-year Statute of Limitations does not apply. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.